him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2124.   IN RE DISBARMENT OF KINANE.   Daniel Edward Kinane, Jr., of Dayton, Ohio, is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2125.   IN RE DISBARMENT OF TESSEYMAN.   Francis William Tesseyman, Jr., of West Seneca, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2126.   IN RE DISBARMENT OF HANBERY.   William Lee Hanbery, of Florence, Ala., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2127.   IN RE DISBARMENT OF THOMAS.   Gregory LeeAndrew Thomas, of Washington, D. C., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2128.   IN RE DISBARMENT OF JACKSON.   C. Michael Jackson, of Fort Myers, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 99M44.   RANDALL v. WASS;
No. 99M45.   TOLBERT ET UX. v. COMMISSIONER OF INTERNAL REVENUE; and
No. 99M46.   LOCAL 496, LABORERS' INTERNATIONAL UNION OF NORTH AMERICA v. ALEXANDER ET AL.   Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.